IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS,<br>    Plaintiff,<br><br>v.<br><br>U.S. CAPITOL POLICE BOARD,<br>    Defendant. | Case No. 1:06CV00653(EGS) |

### DEFENDANT'S RESPONSE TO NOTICE OF RELATED CASE

Defendant, Capitol Police Board ("Defendant"), by and through counsel, hereby responds to the Court's May 17, 2006 Notice of Related Cases ("Notice"). The Notice states that the above-captioned case is related to the following U.S. District Court cases: *Blackmon-Malloy v. United States Capitol Police Bd.,* Case No. 01-2221 and *Frank Adams v. Capitol Police Bd.*, Case No. 05-491. The third case listed on the Notice, 04-93, appears to be a typographical error. The correct related case number is Case No. 04-943, *Frank Adams v. Capitol Police Bd*.

Defendant does not object to the related case designation.

Respectfully submitted June 15, 2006.

 

_____
Frederick M. Herrera # 423675
Robin J. Matthew # 430560
Counsel for Defendant
U.S. Capitol Police Board
119 D Street, N.E.
Washington, DC 20510