UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATE CAPITOL POLICE BOARD, <br><br> Defendant. | Civil Action No. 01-2221 (EGS) |
| FRANK ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE BOARD, <br><br> Defendant. | Civil Action No. 06-653 (EGS) |

## ORDER

It is by the Court, *sua sponte*, hereby

**ORDERED** that the above-captioned Civil Action No. 06-653 is consolidated as related to Civil Action No. 01-2221 and shall proceed under Civil Action No. 01-2221; and it is further

**ORDERED** that Civil Action No. 06-653 is **DISMISSED** without prejudice.

DATE: 6/19/06

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE