Blackmon-Malloy v. United States Capitol Police Board (01-2221)
APPENDIX A: Claims Represented as Exhausted accourding to Counsel Charts
(Discrepancies between Counsel Submissions and Declarations of Plaintiffs Noted in Bold)

| | Plaintiff | Case Number | Counsel | Alleged Violation(s): (1) promotion, (2) discipline, (3) hostile work environment, or (4) othern per incident | Date of alleged violation | 180th day after alleged volation | Date counseling requested | Date Counseling attended in person | Date end of counseling notice received | Date of mediation request | Date mediation attended in person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS, FRANK | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 11/11/2000 | 05/11/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 2 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 11/16/2000 | 05/16/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 3 | | Civ. A. 01-2221 | NJA | (3) HWE | 11/17/2000 | 05/17/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 4 | | Civ. A. 01-2221 | NJA | (3) HWE | 11/20/2000 | 05/20/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 5 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 11/30/2000 | 05/30/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 6 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 12/01/2000 | 06/01/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 7 | | Civ. A. 01-2221 | NJA | (3) HWE | 12/10/2000 | 06/10/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 8 | | Civ. A. 01-2221 | NJA | (3) HWE | 12/13/2000 | 06/13/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 9 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 12/23/2000 | 06/23/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 10 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE | 01/07/2001 | 7/72001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 11 | | Civ. A. 01-2221 | NJA | (1) promotion (3) HWE (4) retaliation | 01/12/2001 | 07/12/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 12 | | Civ. A. 01-2221 | NJA | (2) discipline (3) HWE (4) retaliation | 01/12/2001 | 07/12/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 13 | | Civ. A. 01-2221 | NJA | (3) HWE | 01/21/2001 | 07/21/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 14 | | Civ. A. 01-2221 | NJA | (3) HWE | 01/22/2001 | 07/22/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 15 | | Civ. A. 01-2221 | NJA | (1) promotion (3) HWE (4) retaliation | 04/02/2001 | 10/02/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 16 | | Civ. A. 01-2221 | NJA | (3) HWE | 01/11/2001 | 07/11/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 17 | | Civ. A. 01-2221 | NJA | (3) HWE | 03/30/2001 | 09/30/2001 | 04/12/2001 | 04/28/2001 | 05/30/2001 | 06/05/2001 | 07/23/2001 |
| 18 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/15/2003 | 01/15/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 19 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/01/2003 | 01/01/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 20 | | ? | Pro Se | (3) HWE (4) Retaliation | 10/27/2003 | 04/27/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 21 | | ? | Pro Se | (3) HWE (4) Retaliation | 10/28/2003 | 04/28/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 22 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/30/2003 | 02/29/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 23 | | ? | Pro Se | (3) HWE (4) Retaliation | 08/01/2003 | 02/01/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 24 | | ? | Pro Se | (3) HWE (4) Retaliation | 08/15/2003 | 02/15/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 25 | | ? | Pro Se | (3) HWE (4) Retaliation | 11/18/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 26 | | ? | Pro Se | (3) HWE | 11/20/2003 | 05/20/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 27 | | ? | Pro Se | (3) HWE (4) Retaliation | 11/30/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 28 | | ? | Pro Se | (3) HWE | 11/30/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 29 | | ? | Pro Se | (3) HWE (4) Retaliation | 12/28/2003 | 06/08/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 30 | | ? | Pro Se | (3) HWE (4) Retaliation | 03/23/2004 | 09/23/2004 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 31 | | ? | Pro Se | (3) HWE (4) Retaliation | 06/15/2004 | 12/23/2004 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 32 | | ? | Pro Se | (1) promotion (3) HWE (4) retaliation | 07/01/2004 | 01/01/2005 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 33 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/01/2004 | 01/01/2005 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 34 | ADAMS, SHAFTON | Civ. A. 01-2221 | Pro Se | (3) HWE | Pl: Oct.-Nov. 2000  Def: Plaintiff fail to establish acts within 180 days of counseling request | Pl: Mar.-Apr. 2001; Def: earlier than 4/12/2001 | 04/12/2001 | 04/12/2001 | 05/30/2001; **Declaration indicates 5/16/2001** | 06/05/2001 | 07/23/2001 |
| 35 | BLACKMON-MALLOY, SHARON | Civ. A. 04-320 | GA | (1) Lt. Promotion Exam 2003 | 05/10/2003 | 11/06/2003 | 10/27/2003 | 10/27/2003 | 12/03/2003 | 12/04/2003 | 12/23/2003 |

Blackmon-Malloy v. United States Capitol Police Board (01-2221)
APPENDIX A: Claims Represented as Exhausted accourding to Counsel Charts
(Discrepancies between Counsel Submissions and Declarations of Plaintiffs Noted in Bold)

| | Plaintiff | Case Number | Counsel | Alleged Violation(s): (1) promotion, (2) discipline, (3) hostile work environment, or (4) othern per incident | Date of alleged violation | 180th day after alleged volation | Date counseling requested | Date Counseling attended in person | Date end of counseling notice received | Date of mediation request | Date mediation attended in person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | Civ. A. 01-2221 | GA | (1) Sgt. Promotion Exam | 11/04/2000 | 05/03/2001 | 04/12/2001; **Declaration indicates two additional counseling dates** | 04/12/2001 | 05/30/2001 | 06/05/2001 | 7/25/2001 6/30/2001 |
| 37 | | Civ. A. 01-2221 | GA | (3) HWE | 02/23/2001 | 08/22/2001 | 04/12/2001; **Declaration indicates two additional counseling dates** | 04/12/2001 | 05/30/2001 | 06/05/2001 | 07/25/2001 |
| 38 | | Civ. A. 02-1859 | GA | (4) Retaliation (smoke) | 11/08/2001 | 05/07/2002 | 04/08/2002 | 04/08/2002 | 05/08/2002 | 05/22/2002 | 05/22/2002 |
| 39 | BOLDEN-WHITAKER, REGINA | Civ. A. 01-2221 | GA | (4) Retaliation (body armor counseling) | 5/**/2001 | 11/**/2001 | 09/26/2001 | 09/26/2001 | 10/26/2001 | 11/07/2001 | Pl: 12/6/2001 Def: Bad Faith |
| 40 | | Civ. A. 03-2644 | GA | (4) Retaliation | 04/10/2003 | 10/07/2003 | 07/11/2003 | 07/11/2003 | 08/07/2003 | 08/11/2003 | 09/04/2003 |
| 41 | BRADFORD, CLINTON | Civ. A. 01-2221 | Pro Se | (1) 2000 Sgt.'s promotion process | Pl: 11/2000 Def: Never completed 2000 exam process | Pl: 5/2001 Def: N/A | 04/12/2001 | 04/12/2001; **Declaration also indicates 5/5/2001** | 05/30/2001; **5/16/2001 per Decl.** | 06/05/2001 | 07/25/2001 |
| 42 | | Civ. A. 01-2221 | Pro Se | (3) HWE | Pl: 2/21/2001 Def: 3/3/2000 | Pl: 8/20/2001 Def: 8/30/2000 | 04/12/2001 | 04/12/2001; **Declaration also indicates 5/5/2001** | 05/30/2001; **5/16/2001 per Decl.** | 06/05/2001 | 07/25/2001 |
| 43 | FIELDS, ARNOLD | Civ. A. 02-1346 | GA | (3) HWE/Retaliation | 8/6/2001, 8/29/2001 | 02/25/2002 | 01/17/2002 | 01/17/2002 | 02/19/2002 | 02/25/2002 | 03/14/2002 |
| 44 | | Civ. A. 03-1505 | GA | (3) HWE/Retaliation | 10/7/2002, 10/24/2002, 11/6/2002, 1/9/2003, 1/27/2003 | 07/26/2003 | 02/11/2003 | 02/11/2003 | 02/13/2003 | 02/14/2003 | 03/26/2003 |
| 45 | | Civ. A. 03-2644 | GA | (3) HWE/Retaliation | Pl: 3/27/2003 See pleadings re Def. Motion to Dismiss for parties' dispute as to timeliness and adverse action | 09/23/2003 | 07/01/2003 | 07/01/2003 | 08/06/2003 | 08/06/2003 | 09/04/2003 |
| 46 | GREEN, TAMMIE | Civ. A. 04-320 | Pro Se | (1) 2003 Sgt.'s promotion process | Pl: 5/10/2003 Def: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |

Blackmon-Malloy v. United States Capitol Police Board (01-2221)
APPENDIX A: Claims Represented as Exhausted accourding to Counsel Charts
(Discrepancies between Counsel Submissions and Declarations of Plaintiffs Noted in Bold)

| | Plaintiff | Case Number | Counsel | Alleged Violation(s): (1) promotion, (2) discipline, (3) hostile work environment, or (4) othern per incident | Date of alleged violation | 180th day after alleged volation | Date counseling requested | Date Counseling attended in person | Date end of counseling notice received | Date of mediation request | Date mediation attended in person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | HARRIS, AVE MARIA | Civ. A. 03-2644 | GA | (2) & (4) (retaliatory discipline) | Pl: 3/27/2003 See pleadings re Def. Motion to Dismiss for parties' dispute as to timeliness and adverse action | 09/23/2003 | 06/27/2003 | 07/01/2003 | 08/06/2003 | 08/06/2003 | 09/04/2003 |
| 48 | IKARD, LARRY | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | 05/10/2003 | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |
| 49 | MACON, DERRICK | Civ. A. 01-2221 | NJA | (1) promotion (2) discipline (3) HWE | 11/30/2000 | 04/30/2001 | 04/12/2001 | 04/12/2001; **¶ 8 of Decl. says no attendance** | 05/30/2001 | 06/05/2001 | P: 6/22/2001; D: None |
| 50 | | Civ. A. 03-1592 | Pro Se | (3) HWE (4) Age Discrimination | 03/09/2003 | 09/05/2003 | 03/12/2003 | 03/14/2003 | 03/20/2003 | 03/26/2003 | 04/28/2003 |
| 51 | | Civ. A. 03-1592 | Pro Se | (3) HWE (4) Retaliation | 03/08/2003 | 09/04/2003 | 03/26/2003 | 03/27/2003 | 03/28/2003 | 03/28/2003 | 05/01/2003 |
| 52 | MILLS, BRENT | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | P: 5/10/2003, D: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |
| 53 | PHELPS, DUVALL | Civ. A. 01-2221 | GA | (2) Discipline/Termination | Pl: 10/31/2000 Def: 6/16/2000 | Pl: 4/29/2001 Def: 12/13/2000 | 04/28/2001 | 4/28/2001 4/30/2001 5/5/2001 | 05/30/2001; **Decl. says 3/15, extended to 3/29** | 06/05/2001 | Pl: 6/30/2001, 7/23/2001, 7/25/2001 Def: None; **\*\*Decl. says 6/22** |
| 54 | | Civ. A. 03-2644 | GA | (4) Retaliation (denial of building access) | 1/21/2002, 1/23/2002 | 7/22/2002, 7/24/2002 | 02/05/2002 | 03/15/2002 | 03/22/2002; **Decl. says 3/15** | 04/11/2002; **Decl. says 3/22** | 04/11/2002 |
| 55 | | Civ. A. 03-2644 | GA | (4) Retaliation (denial of building access) | 1/18/2002, 2/5/2002 | 7/17/2002, 8/5/2002 | 04/11/2002 | 04/11/2002 | 04/22/2002 | 04/22/2002 | 05/17/2002 |
| 56 | | Civ. A. 03-2644 | GA | (3) HWE (denied building access) | 1/24/03, 1/25/03 | 7/23/2003, 7/24/2003 | 02/10/2003 | 02/10/2003 | 02/13/2003 | 02/13/2003 | 3/26/03, 4/9/2003, 4/11/2003 |
| 57 | | Civ. A. 03-2644 | GA | (4) Retaliation (credentials stolen) | 7/7/2003, 7/29/2003 | 1/5/2004, 1/26/2004 | 08/11/2003 | 08/11/2003 | 08/19/2003 | 08/19/2003 | 09/23/2003 |
| 58 | | Civ. A. 03-2644 | GA | (4) Retaliation (denial of building access) | 8/\*\*/2003 | 1/\*\*/2004 | 09/08/2003 | 09/08/2003 | 09/22/2003 | 09/22/2003 | 09/23/2003 |
| 59 | RIGGS, VERNIER | Civ. A. 01-2221 | GA | (4) denial of leave | 10/xx/2000 | March/April 2001 | 04/12/2001 | 4/12/2001, 4/28/2001, 4/30/2001, 5/5/2001; **first date listed not in Decl.** | 05/30/2001; **Decl. says 5/16** | 06/05/2001 | Pl: 6/30/2001 ; **\*\*Decl. says 6/22/2001**; Def: None |
| 60 | | Civ. A. 01-2221 | GA | (4) Retaliation | 04/13/2001 | 10/10/2001 | Pl: 4/12/2001 Def: None | Pl: 4/12/2001, 4/28/2001. 4/30/2001, 5/5/2001 Def: None | Pl: 5/30/2001 Def: None | Pl: 6/5/2001 Def: None | Pl: 6/30/2001 ; **\*\*Decl. says 6/22/2001**; Def: None |

Blackmon-Malloy v. United States Capitol Police Board (01-2221)
APPENDIX A: Claims Represented as Exhausted accourding to Counsel Charts
(Discrepancies between Counsel Submissions and Declarations of Plaintiffs Noted in Bold)

|  | Plaintiff | Case Number | Counsel | Alleged Violation(s): (1) promotion, (2) discipline, (3) hostile work environment, or (4) othern per incident | Date of alleged violation | 180th day after alleged volation | Date counseling requested | Date Counseling attended in person | Date end of counseling notice received | Date of mediation request | Date mediation attended in person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | WEBB, RICHARD | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | P: 5/10/2003, D: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |