Blackmon-Malloy v. United States Capitol Police Board (01-2221)
APPENDIX C: Claims to Be Dismissed Without Prejudice

| | Plaintiff | Case Number | Counsel | Alleged Violation(s): (1) promotion, (2) discipline, (3) hostile work environment, or (4) othern per incident | Date of alleged violation | 180th day after alleged violation | Date counseling requested | Date Counseling attended in person | Date end of counseling notice received | Date of mediation request | Date mediation attended in person |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS, FRANK | ? | Pro Se | (3) HWE (4) Retaliation | 07/15/2003 | 01/15/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 2 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/01/2003 | 01/01/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 3 | | ? | Pro Se | (3) HWE (4) Retaliation | 10/27/2003 | 04/27/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 4 | | ? | Pro Se | (3) HWE (4) Retaliation | 10/28/2003 | 04/28/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 5 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/30/2003 | 02/29/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 6 | | ? | Pro Se | (3) HWE (4) Retaliation | 08/01/2003 | 02/01/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 7 | | ? | Pro Se | (3) HWE (4) Retaliation | 08/15/2003 | 02/15/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 8 | | ? | Pro Se | (3) HWE (4) Retaliation | 11/18/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 9 | | ? | Pro Se | (3) HWE | 11/20/2003 | 05/20/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 10 | | ? | Pro Se | (3) HWE (4) Retaliation | 11/30/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 11 | | ? | Pro Se | (3) HWE | 11/30/2003 | 05/18/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 12 | | ? | Pro Se | (3) HWE (4) Retaliation | 12/28/2003 | 06/08/2004 | 12/09/2003 | 12/09/2003 | 01/08/2004 | 01/20/2004 | 03/15/2004 |
| 13 | | ? | Pro Se | (3) HWE (4) Retaliation | 03/23/2004 | 09/23/2004 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 14 | | ? | Pro Se | (3) HWE (4) Retaliation | 06/15/2004 | 12/23/2004 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 15 | | ? | Pro Se | (1) promotion (3) HWE (4) retaliation | 07/01/2004 | 01/01/2005 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 16 | | ? | Pro Se | (3) HWE (4) Retaliation | 07/01/2004 | 01/01/2005 | 08/16/2004 | 08/16/2004 | 09/18/2004 | 09/20/2004 | 10/20/2004 |
| 17 | GREEN, TAMMIE | Civ. A. 04-320 | Pro Se | (1) 2003 Sgt.'s promotion process | PI: 5/10/2003 Def: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |
| 18 | HARRIS, AVE MARIA | Civ. A. 03-2644 | GA | (2) & (4)  (retaliatory discipline) | PI: 3/27/2003 See pleadings re Def. Motion to Dismiss for parties' dispute as to timeliness and adverse action | 09/23/2003 | 06/27/2003 | 07/01/2003 | 08/06/2003 | 08/06/2003 | 09/04/2003 |
| 19 | IKARD, LARRY | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | 05/10/2003 | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |
| 20 | MACON, DERRICK | Civ. A. 03-1592 | Pro Se | (3) HWE (4) Age Discrimination | 03/09/2003 | 09/05/2003 | 03/12/2003 | 03/14/2003 | 03/20/2003 | 03/26/2003 | 04/28/2003 |
| 21 | | Civ. A. 03-1592 | Pro Se | (3) HWE (4) Retaliation | 03/08/2003 | 09/04/2003 | 03/26/2003 | 03/27/2003 | 03/28/2003 | 03/28/2003 | 05/01/2003 |
| 22 | MILLS, BRENT | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | P: 5/10/2003, D: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |
| 23 | WEBB, RICHARD | Civ. A. 04-320 | Pro Se | (1) 2003 promotion | P: 5/10/2003, D: lacks standing | 11/06/2003 | 10/09/2003 | 10/09/2003 | 10/14/2003 | 10/15/2003 | 10/27/2003 |