UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 01-2221 |
| ) | (EGS/JMF) |
| UNITED STATES CAPITOL POLICE ) | |
| BOARD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

As explained in the accompanying Report and Recommendation, it is hereby

**ORDERED** that

1. Plaintiffs' Motion for an Evidentiary Hearing [#134] is **DENIED**; and it is further

**ORDERED** that

2. Plaintiffs' Fourth Motion to Withdraw as Counsel [#136], filed by attorney Joseph D. Gebhardt and the firm of Gebhardt & Associates, LLP, is **GRANTED**; and it is further **ORDERED** that

3. Defendant's Motion to Strike [#139] is hereby **GRANTED**; and it is further

**ORDERED** that

4. Plaintiffs' Memorandum of Law [#135] is hereby **STRICKEN**; and it is further

**ORDERED** that

5. Plaintiffs' Motion to Temporarily Re-Instate Co-Counsel Agreement [#146], filed by attorney Nathaniel D. Johnson, is **GRANTED**; and it is further **ORDERED** that

6. Plaintiffs' Second Motion for an Evidentiary Hearing or Motion for Leave to

1

Submit Affidavits for the Record [#148] is **DENIED**; and it is further **ORDERED** that

7.      Plaintiffs shall, within fourteen days of the date of this Order, or April 2, 2007, submit supporting affidavits to establish the exhaustion of administrative requirements as to claims included in Appendix C to the Court's Report and Recommendation issued this same day.

**SO ORDERED.**

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2007