**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHARON BLACKMON-MALLOY, <u>et al.</u>** | |
| **Plaintiffs,** | |
| **v.** | **Civil No.: 01-2221 (EGS/JMF)** |
| **U.S. CAPITOL POLICE BOARD** | |
| **Defendant.** | |

<u>**PLAINTIFF LARRY IKARD'S REPLY TO THIS COURT'S**</u>
<u>**REPORT AND RECOMMENDATION**</u>

**NOW COMES**, Plaintiff Larry Ikard, by undersigned counsel, and files this reply to Magistrate Judge Facciola's Report and Recommendation (Dkt No. 151) issued March 19, 2007.

Plaintiff is providing the following documentation in support of his assertions that he complied with all administrative and procedural requirements of the Congressional Accountability Act and the Congressional Office of Compliance; particularly in regards to the successful completion of the counseling and mediation process as evident by the following:

1. Documents pertaining to Office of Compliance Complaint No. 01-CP-94 (Civil Action 01-02221);

2. Documents pertaining to Office of Compliance Complaint No. 03-CP-91 (Civil Action 04-320); and

3. Affidavit Statement of Richard Webb.

Respectfully, this Court may take notice of the fact that according to the Official Records of the Office of Compliance, Larry Ikard complied with all of the administrative requirements of counseling and mediation for both complaints, 01-CP-94 and 03-CP-91.

On October 4, 2006, Mr. Ikard passed away. His role as the emotional leader for his colleagues during the course of the events giving rise to this litigation cannot be replaced. Nonetheless, and in light of the aforementioned supporting documentation, this Court should place the burden upon Defendant to dispute Plaintiff complied with the requisite administrative requirements articulated in Judge Sullivan's Order.

In the event, Defendant is unable to dispute otherwise, then Plaintiff contends, his complaints should be permitted to proceed to litigation.

Respectfully submitted on behalf of the late, Larry Ikard with approval and authorization of Plaintiff's estate and family.

_____/s/_____
Nathaniel D. Johnson (Federal #14729, MD)
Richard L. Thompson (Federal #15980, MD)
3475 Leonardtown Road, Suite 200
Waldorf, Maryland  20602
301-645-9103/301-893-6890 fax

2

### Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, April 16, 2007, the foregoing Reply was forwarded to the following addressees and through the following formats:

Joseph Gebhardt (via ECF)

Laurie Weinstein (via ECF)
Frederick Herrera  (via ECF)

_____/s/_____
Nathaniel D. Johnson

3