

*advancing safety, health, and workplace rights in the legislative branch*

*Office of Compliance*                                    Office of the Executive Director

---

### Case No. 01-CP-94 (CV, RP)

**Employee: Larry A. Ikard**        **Employing Office: Office of the U.S. Capitol**
                                                **Police Board**

### Certificate of Official Record

My name is Selviana B. Bates, and I am the Case Administrator and Clerk to the Board for the Office of Compliance ("Office"). I am the custodian of the records of the Office, including the records of counseling and mediation, pursuant to Section 302(b)(4) of the Congressional Accountability Act "(CAA"), and by delegation of the Executive Director of the Office pursuant to that Section. I am authorized to make this Certification of Official Record for the Office.

I am responsible for maintaining the correspondence, pleadings, files, and other related records for all proceedings initiated by covered employees under Section 401 of the CAA and administered by the Office in the regular course of the Office's business. Specifically, I am responsible for maintaining the official records of the Office regarding the dates on which events under Sections 401 through 404(1), and 405 of the Congressional Accountability Act occurred. Specifically, the official records reflect the date(s) on which a covered employee requested counseling under Section 402 of the CAA, the date the employee filed a request for mediation under Section 403, as well as the dates on which the employee received notification of the end of such counseling and mediation. It is the regular course of business of the Office for an employee or representative of the Office, with knowledge of the act, event, or condition recorded to make the notation in these records or to transmit information thereof to be included in such records; and the notations in the official records were made at or near the time or reasonably soon thereafter. Attached hereto is a Certification of the dates on which specific acts or events occurred in the above-referenced matter, as supported by the official records kept in the regular course of the Office's business, which I have executed in my capacity as custodian of the records of the Office.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and dated this 5th day of April, 2007 at Washington, D.C.

_Selviana Bates_
_____
Selviana B. Bates
Case Administrator and Clerk to the Board

Attachment

Room LA 200, Adams Building • 110 Second Street, SE • Washington, DC 20540-1999 • t/202.724.9250 • f/202.426.1913 • tdd/202.426.1912

*www.compliance.gov*



*advancing safety, health, and workplace rights in the legislative branch*

## Office of Compliance

Office of the Executive Director

## CERTIFICATION

**Larry A. Ikard, Employee**

    **vs.**                               **Case No. 01-CP-94 (CV, RP)**

**Office of the U.S. Capitol Police Board, Employing Office**

It is hereby certified that the following actions in this matter, occurred on the following dates:

1.    Request for Counseling was made on **April 12, 2001.**

2.    Notification of End of Counseling Period was prepared on **May 16, 2001.** Notification of End of Counseling Period was hand-delivered to the complainant's representative on **May 30, 2001**, with receipt simultaneously acknowledged**.**

3.    Request for Mediation was made on **June 5, 2001.**

4.    Notification of End of Mediation Period was prepared on **August 2, 2001.** Notification of End of Mediation Period was hand-delivered to the complainant's representative on **August 3, 2001**, with receipt simultaneously acknowledged.

Date:  April 5, 2007

_____
Signature of Custodian or Authorized
Representative

Selviana B. Bates
Typewritten or Printed Name

Room LA 200, Adams Building • 110 Second Street, SE • Washington, DC 20540-1999 • t/202.724.9250 • f/202.426.1913 • tdd/202.426.1912

*www.compliance.gov*