## AFFIDAVIT STATEMENT OF RICHARD WEBB

I, Richard Webb, am over 18 years' of age and testify truthfully to the following:

I am a Plaintiff in Blackmon-Malloy v. U.S. Capitol Police Board, Civil Action 01-2221 in that I am also a Pro Se Plaintiff in Civil Action 04-320.

The late Larry Ikard was also initiated a Pro Se case in Civil Action 04-320 that was consolidated into Civil Action 01-2221.

I have first hand knowledge that the late Larry Ikard personally exhausted all administrative remedies in his Pro Se case (1) by officially requesting and successfully proceeding through the counseling process and (2) by personally attending mediation the same date as myself in complete compliance with the administrative and procedural requirements of the Congressional Accountability Act (CAA) and the Congressional Office of Compliance.

_____          4/15/07
Richard Webb, Pro Se Litigant          Date