IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON BLACKMON-MALLOY,** et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 01-02221 (EGS) ) |
| **UNITED STATES CAPITOL POLICE BOARD** | ) ) ) ) |
| Defendant. | ) ) |

**MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States Capitol Police Board requests an enlargement of time to and including May 15, 2007, within which to respond to Plaintiffs' objections to Magistrate Judge Facciola's March 19, 2007 Report and Recommendation. Pursuant to the Court's Minute Order dated April 17, 2007, Defendant's response to Plaintiffs' objections to the Report and Recommendation was due on May 1, 2006. Defendant believed that it had filed the attached consent motion for an enlargement of time on April 26, 2007. Exhibit 1. The case docket, however, does not indicate that such a filing occurred and the undersigned became aware of that fact today. Plaintiffs' counsel Nathaniel Johnson and Joseph Gebhardt consented to the two week extension sought. Given the large number of Plaintiffs and their numerous objections, Defendant requests more time to adequately prepare a response to Plaintiffs' objections.

On March 19, 2007, Judge Facciola issued a Report and Recommendation recommending the dismissal of the vast majority of Plaintiffs and their claims. Judge Facciola ordered the

remaining Plaintiffs to submit supporting affidavits to establish the exhaustion of administrative remedies as to only claims in Appendix C.  Upon counsels' submissions, Judge Facciola intends to make a final recommendation as to which claims from Appendix C should be included in an amended complaint.  Report and Recommendation, p. 26-27.  Plaintiffs have submitted alleged supporting documentation on the issue of exhaustion of the claims in Appendix C.  Defendant also intends to file a response to their submissions in order to clarify the record regarding the issue of exhaustion.[1]

---

[1] On April 26, 2007, Plaintiffs' Counsel Joseph Gebhardt filed an objection to Defendant's intent to clarify the record in light of the Plaintiffs' submissions of allegedly supporting evidence to establish the exhaustion of administrative requirements as to claims in Appendix C.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that it be allowed to file its response to Plaintiffs' objections to the Report and Recommendation up to and including May 15, 2007.

Dated: May 7, 2007                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ANDREA MCBARNETTE, D.C. BAR #483789
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20001
(202) 514-7153

FREDERICK M. HERRERA, D.C. BAR #423675
United States Capitol Police
119 D Street, NE, Room 510
Washington, D.C. 20510
(202) 224-9763

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2007, the foregoing Motion to Extend was filed via the Court's electronic filing system, and is expected to be served by the Court's electronic transmission facilities to the parties in this matter.

                                      /S/
                                ANDREA McBARNETTE, D.C. Bar #483789
                                Assistant United States Attorney