IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON BLACKMON-MALLOY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 01-02221 (EGS) ) |
| UNITED STATES CAPITOL POLICE BOARD | ) ) ) ) |
| Defendant. | ) ) ) |

**REPLY IN SUPPORT OF MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS**

As Plaintiffs admit in their opposition to the motion to extend, on or about April 26, 2007, Plaintiffs consented to Defendant's request for a two week extension for the Defendant to file a response to Plaintiff's objections to Magistrate Judge Facciola's March 19, 2007 Report and Recommendation. Plt's Opp. ¶ 2. On April 26, 2007, the undersigned attempted to file the consent motion for an enlargement of time and believed that the filing was successful. Because the case docket does not indicate that such a filing occurred, the Defendant filed yesterday another motion to extend and attached as an exhibit the original motion that was not placed on the docket.

Despite their consent on April 26, 2007 for an extension to May 15, 2007, Plaintiffs now inexplicably seem to object to Defendant's request to the Court for the same enlargement of time. Plaintiffs state that Defendant's request should be denied in part because Defendant had not attached a proposed order to its motion. A proposed order is hereto submitted with the reply.

1

Plaintiffs complain that the Defendant did not request leave of court to file out of time. To the extent that such a motion is required by the Court, the Defendant requests that the Court deem its motion for an enlargement of time to likewise be a request for leave to file out of time. None of Plaintiffs' objections address the merit of Defendant's need for an extension. Given the large number of Plaintiffs and their numerous objections, Defendant requested more time to adequately prepare a response to Plaintiffs' objections.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that it be allowed to file its response to Plaintiffs' objections to the Report and Recommendation up to and including May 15, 2007.

Dated: May 8, 2007                     Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____
ANDREA MCBARNETTE, D.C. BAR #483789
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20001
(202) 514-7153

FREDERICK M. HERRERA, D.C. BAR #423675
United States Capitol Police
119 D Street, NE, Room 510
Washington, D.C. 20510
(202) 224-9763

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, the foregoing reply was filed via the Court's electronic filing system, and is expected to be served by the Court's electronic transmission facilities to the parties in this matter.

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar  #483789
　　　　　　　　　　　　　　　　　　Assistant United States Attorney