IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON BLACKMON-MALLOY,** et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 01-02221 (EGS) ) |
| **UNITED STATES CAPITOL POLICE BOARD** | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to file a response to Plaintiffs' objections is extended to and including May 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007