UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARON BLACKMON-MALLOY, *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>UNITED STATES CAPITOL<br>POLICE BOARD,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 01-2221(EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In August 2005, the Court referred this case to Magistrate Judge Facciola for a report and recommendation regarding which claims in this case may proceed in light of the Court's September 2004 Memorandum Opinion and Order.  Order, Aug. 4, 2005. Magistrate Judge Facciola issued a Report and Recommendation on March 19, 2007, and a Supplemental Report and Recommendation on May 15, 2007.  The Court has considered plaintiffs' objections to the reports and recommendations, the responses and replies thereto, the applicable law, and the entire record.  Pursuant to Local Civil Rule 72.3(c), the Court accepts the findings and adopts the recommendations of Magistrate Judge Facciola contained in the March 19 Report and May 15 Supplemental Report. Accordingly, it is by the Court hereby

**ORDERED** that all claims listed in Appendix B and Appendix C of the March 19 Report are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that plaintiffs' Motion for a Hearing regarding the Magistrate Judge's Reports is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs and defendant shall each file by **September 14, 2007,** a recommendation for future proceedings regarding the claims listed in Appendix D of the March 19 Report; and it is

**FURTHER ORDERED** that the parties' recommendations shall specifically discuss whether it is appropriate for plaintiffs to file an amended complaint containing only the claims listed in Appendix D of the March 19 Report; and it is

**FURTHER ORDERED** that the parties' recommendations shall specifically discuss whether the following cases can be consolidated into this action: *Bolden-Whittaker v. United States Capitol Police Board* ("USCP"), 07-703-EGS; and *Adams v. USCP*, 07-936-EGS.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**August 15, 2007**