UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SHARON BLACKMON-MALLOY, et al.**

    **PLAINTIFFS,**

    v.                                                                    Civil Action No.: 01-02221 (ES-JF)

**U.S. CAPITOL POLICE BOARD**

    **DEFENDANT.**

## PLAINTIFF'S MOTION TO FILE ONE DAY OUT OF TIME

**NOW COMES** Plaintiff, Frank Adams, by undersigned counsel and moves to file his opposition one day out of time. In support of this motion, and for good cause, Plaintiff states herein as follows:

1. Plaintiff's opposition was due yesterday, June 18th;
2. Undersign counsel attempted telephonically to contact Plaintiff to discuss the final review of the opposition prior to filing;
3. However, undersign was unable to reach Plaintiff due to the fact Plaintiff's telephone was inoperable;
4. Additionally, undersign was unable to file late evening because the office server failed;
5. Plaintiff now files this motion one day late;
6. Plaintiff does not anticipate the parties will be prejudiced by this one day late filing;
7. This motion is not meant to cause delay or for a dilatory purpose.

        Respectfully submitted on behalf of Plaintiff,

                                _____/s/_____

June 19, 2008                Nathaniel D. Johnson, Esq. (MD# 14729)
                                LAW FIRM OF NATHANIEL D. JOHNSON, LLC
                                201 Centennial Street, Suite A-2
                                P.O. Box 1857
                                LaPlata, Maryland  20646
                                (301) 645-9103

                                      **Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, June 19, 2008, Plaintiff's Motion to File One Day Late and Order were forwarded, ECF, to all parties.

Charles W. Day , Jr
Daniel K. Gebhardt
Valencia R. Rainey
Harry B. Roback
Laurie J. Weinstein
James Quincy Butler                                                                               /s/
                                                                                        Nathaniel D. Johnson