UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARON BLACKMON-MALLOY, et al.**<br><br>    **PLAINTIFFS,**<br><br>    v.<br><br>**U.S. CAPITOL POLICE BOARD**<br><br>    **DEFENDANT.** | Civil Action No.: 01-02221 (ES-JF) |

## ORDER

**WHEREFORE**, Plaintiff has moved to file his opposition one day late, and for good cause, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of June 2008;

Plaintiff's motion is hereby DENIED, this ____day of June 2008.

**SO SHALL IT BE ORDERED.**

_____
Hon. Emmet Sullivan, U.S. District Judge

1