# Exhibit 1

*Exhibit*

## Performance Rating

1999-2000

**Sergeant ADAMS, Frank**

Patrol Division Section One

**General Appearance**               **Rating: Exceptional**

Sergeant Adams is rated as exceptional in this performance area. He is always well groomed and displays a professional image in his uniform attire. It is obvious that he takes care in the maintenance of his uniform and that he takes pride in his wearing of the uniform.

**Human Relations**                  **Rating: Exceptional**

Sergeant Adams is rated as exceptional in this rating area. He has displayed a respectful attitude toward his superiors and he has established a good working relationship with his peers. Sergeant Adams has been required to work with a wide range of personalities and has done so in a manner that enhanced the professionalism of his subordinates and ensured that the mission of Patrol Division was accomplished

**Learning Ability**                 **Rating: Exceptional**

Sergeant Adams is rated as exceptional in this rating category. He has mastered the knowledge to effectively carry out his duties. He takes the time to study and review Orders and other departmental publications. I have consistently relied upon his knowledge and advice during the daily operation of the Patrol Division.

**Knowledge and Skills**             **Rating: Outstanding**

Sergeant Adams is rated as outstanding in this performance area. He takes the time to study departmental publications and is always ready to learn new skills that will enhance his performance. He does not hesitate to get involved with complex incidents that occur in the normal course of the Patrol Division. His problem solving skills are very well developed.

**Acceptance of Responsibility**     **Rating: Outstanding**

Sergeant Adams is rated as outstanding in this performance area. He accepts responsibility for his action. Sergeant Adams displays a strong desire to see that the mission of Patrol Division, Section One is effectively and efficiently accomplished. He is loyal to his subordinates, his

chain of command and to the Department. He keeps his use of unscheduled leave to a minimum. Sergeant Adams has volunteered for addition assignments when needed including the working of additional duty on short notice.

**Written and Oral Expression**                **Rating: Outstanding**

Sergeant Adams is rated as outstanding in this performance area. He communicates in a clear and calm manner and in a way that exhibits a command presence. Sergeant Adams has completed all written assignments in a clear, concise and highly professional manner.

**Performance of Duty**                **Rating: Exceptional**

Sergeant Adams is rated as exceptional in this performance area. He has adapted well to his duties as related to the Patrol Division. Sergeant Adams has effectively and efficiently served as Acting Section Commander on numerous occasions. He is consistently attempting to improve upon his performance and the performance of his subordinates. Sergeant Adams has definitely proven himself to be an asset to the Patrol Division and to the Department as a whole.

**Evaluation Ability**                **Rating: Exceptional**

Sergeant Adams is rated as exceptional in the rating category. He has consistently demonstrated his conscientiousness toward fulfilling his duties as a reporting and/or indorsing Official. Sergeant Adams approach to his job is one that is grounded in professionalism and a well developed attitude toward accepting responsibility for his command decisions.

**Leadership**                **Rating: Exceptional**

Sergeant Adams is rated as exceptional in this category. He believes in the concept of leading by example. His wearing of his uniform, his command presence, his work toward being up-to-date and his professionalism as a police officer all indicate the high level of his leadership skills. I am pleased that he is a supervisor under my chain of command. Sergeant Adams seeks to stimulate and lead his subordinate employees in a way that will enhance their leadership skills.

_____
Sergeant Frank Adams

_____
Lieutenant Donald R. Dixon