# Exhibit 2

*Exhibit*

UNITED STATES CAPITOL POLICE
WASHINGTON, DC 20510-7218

December 10, 2000

PLAINTIFF'S EXHIBIT 26

## MEMORANDUM

**TO:** Chief James J. Varey

**FROM:** Sergeant Frank Adams

**SUBJECT:** K-9 Selection Process/Racist Environment - Patrol Division

In keeping with your stated desire to have open lines of communication throughout the chain of command and in an effort to provide you with information which will better enable you to assess and remedy the problems which exist on Patrol Division, the following analysis is provided:

### The Canine Unit

Discrimination against Minorities - (Black and Female officers)

The United States Capitol Police Department's K-9 unit appears to selectively exclude black and female officers from its ranks. Currently the unit has one black and no female handlers assigned. This statistic obviously does not reflect the diverse society in which we live, nor is it representative of the diversity of this Department.

In the most recent K-9 selection process, Officer Ikard and Officer Webb, two black officers who are currently assigned to Patrol Division, competed in the process for a K-9 position. Officer Ikard and Officer Webb finished the process ranked #12 and #15, well behind candidates from other Divisions who had few if any of their qualifications.

The vacancy announcement for the K-9 selection process summarized a K-9 handler's duties as **"providing routine police patrol duties** and explosive detection capabilities for the USCP." Both Officer Ikard and Officer Webb are very knowledgeable in arrest procedures, vehicle stops, D-checks, court procedures, alarm responses, reports specific to patrol duties, procedures for transporting prisoners to D.C. General, CCB, juvenile facilities and all other germane routine patrol functions. Their qualifications in this regard far exceeded the other candidates and precludes them from the necessity of undergoing the FTO training required for all newly assigned officers to Patrol Division.

intentional violation of the spirit of fairness expected during the promotional process.

Sergeant Adams has worked hard to enforce the rules and regulations of the department. He has educated himself and prepared himself to excel in his work environment. He has enforced your rules and directives and endured a distinct lack of support and popularity while doing so. Yet, he is willing to sacrifice self for the good and efficient image of the department. His dedication and performance makes Captain Preloh's actions shameful.

Sergeant Adams has been victimized by a Captain who cannot cite a legitimate incident justifying his rating of the Sergeant. I can only offer my apology for this shameful act. Sergeant Adams would have been much better off staying at the Capitol Division where his chances of receiving a maximum score would have been much higher, and his chances of receiving a rating of ninety (90) or above would have been a sure bet. His career now suffers for having honored your request.

If you would like to meet to discuss the issue please call.

Donald R. Dixon
Lieutenant
Patrol Division, Section One

DRD