# Exhibit 3

2000 LIEUTENANT PROMOTIONAL PROCESS
RANK-ORDERED CANDIDATE LIST   Exh. b.4

| NAME | WRITTEN EXAM SCORE | EMERGENCY INCIDENT SCORE | SUPERVISION SCORE | PRS SCORE | STANDARDIZED WRITTEN EXAM SCORE (WORTH 30%) | STANDARDIZED ASSESSMENT CENTER SCORE (WORTH 55%) | STANDARDIZED PRS SCORE (WORTH 15%) | STANDARDIZED OVERALL SCORE | FINAL SCORE (T) | RANK |
|---|---|---|---|---|---|---|---|---|---|---|
| ROGERS FREDNAL P | 91.90 | 88.00 | 97.50 | 100.00 | 1.70382 | 1.2226 | .98589 | 1.3316 | 99.81 | 1 |
| ROULIER DONALD A | 87.90 | 96.00 | 92.50 | 100.00 | 1.28460 | 1.3023 | .98589 | 1.2495 | 99.00 | 2 |
| PLANCHART JOHN M | 89.90 | 88.00 | 93.75 | 100.00 | 1.49421 | .9401 | .98589 | 1.1132 | 97.63 | 3 |
| GALLAGHER JOSEPH T | 87.90 | 88.00 | 92.50 | 100.00 | 1.28460 | .8460 | .98589 | .9985 | 96.49 | 4 |
| ADAMS FRANK | 87.90 | 88.00 | 97.50 | 88.75 | 1.28460 | 1.2226 | .48419 | .9852 | 96.35 | 5 |
| DEMAS PETER A | 78.80 | 94.00 | 93.75 | 100.00 | 1.28460 | 1.2854 | .98589 | .9524 | 96.02 | 6 |
| RUDD RICHARD W | 76.80 | 96.00 | 92.50 | 100.00 | .33088 | 1.2854 | .98589 | .9005 | 95.51 | 7 |
| WHEELER KENNETH R | 86.90 | 86.00 | 91.35 | 90.63 | .12127 | 1.3023 | .98589 | .6688 | 93.19 | 8 |
| COFFMAN SANDRA D | 79.80 | 86.00 | 96.25 | 90.63 | 1.17980 | .6377 | .98589 | .6527 | 93.03 | 9 |
| BIGNOTTI MARIO R | 76.80 | 92.00 | 86.25 | 100.00 | .43658 | 1.0144 | .98589 | .5161 | 91.66 | 10 |
| RAUM LISA M | 81.80 | 92.00 | 87.50 | 100.00 | 1.21271 | .6034 | .98589 | .4311 | 90.81 | 11 |
| KESSLER KEVIN H | 80.80 | 88.00 | 87.50 | 85.00 | .64529 | .6975 | -.97422 | .4212 | 90.71 | 12 |
| LEONARD JAMES F | 87.90 | 80.00 | 92.50 | 92.50 | .54049 | .4694 | -.00583 | .4085 | 90.58 | 13 |
| MALLOY DANIEL B | 70.70 | 88.00 | 88.75 | 90.63 | 1.28460 | .1072 | -.23918 | .3625 | 90.13 | 14 |
| MILLER KYLE E | 86.90 | 76.00 | 93.75 | 92.50 | -.51803 | .9401 | -.00583 | .3184 | 89.68 | 15 |
| ESPOSITO CHRISTOPHER | 85.90 | 90.00 | 91.25 | 88.75 | 1.17980 | .0674 | -.48419 | .3118 | 89.62 | 16 |
| DOWDLE-PERKINS MR | 75.80 | 76.00 | 81.25 | 88.75 | 1.07499 | .1127 | -.48419 | .4212 | 89.62 | 16 |
| MONTEFIORI NICHOLAS | 71.70 | 76.00 | 96.25 | 94.38 | .01647 | .4440 | -.00583 | .2868 | 89.37 | 17 |
| BROGAN GLENN P | 86.90 | 86.00 | 91.25 | 92.50 | -.41323 | .1072 | -.23918 | .2277 | 88.78 | 18 |
| SEBO ROBERT L | 77.80 | 70.00 | 85.00 | 98.13 | -.51803 | .6377 | -.00583 | .0550 | 87.05 | 19 |
| BEST ELLEN M | 73.70 | 86.00 | 82.50 | 90.63 | 1.17980 | -.7456 | .74087 | .0202 | 86.70 | 20 |
| FREDERICK JANE B | 73.70 | 74.00 | 91.25 | 96.25 | .22608 | -.0213 | -.23918 | -.0124 | 86.38 | 21 |
| MCARTHUR RICHARD | 77.80 | 78.00 | 82.50 | 100.00 | -.20362 | .0467 | .49586 | -.0470 | 86.03 | 22 |
| NEELD BRETT S | 86.90 | 80.00 | 81.25 | 79.38 | .22608 | -.4776 | -1.70926 | -.1542 | 84.96 | 23 |
| ROBINSON TONYA A | 85.90 | 72.00 | 85.00 | 92.50 | 1.07499 | -.4577 | .97422 | -.1710 | 84.79 | 24 |
| BODZIONY RICHARD J | 66.70 | 82.00 | 88.75 | 85.00 | -.62284 | -.6316 | .97422 | -.1953 | 84.55 | 25 |
| FARR VINCENT P | 76.80 | 76.00 | 86.25 | 90.63 | .12127 | .2213 | -.23918 | -.2431 | 84.07 | 26 |
| BLACKMON-MALLOY S | 62.60 | 76.00 | 91.25 | 86.88 | -1.36695 | -.3092 | -.72921 | -.3354 | 83.15 | 27 |
| PASCUITO RICHARD A | 69.70 | 86.00 | 78.75 | 94.38 | -.62284 | .0674 | .25085 | -.3898 | 82.60 | 28 |
| COSTA DOMINICK JR | 61.60 | 70.00 | 92.50 | 90.63 | -1.47175 | -.3038 | -.23918 | -.3930 | 82.57 | 29 |
| WEAVER KENNETH R | 71.70 | 84.00 | 87.50 | 100.00 | -.41323 | -.1807 | .98589 | -.4314 | 82.19 | 30 |
| SPRUILL ROBERT L III | 70.70 | 80.00 | 80.00 | 70.00 | -1.47175 | .2412 | -2.93432 | -.4948 | 81.55 | 31 |
| DODGSON ELIZABETH F | 60.60 | 76.00 | 86.25 | 90.63 | -1.51803 | -.5519 | -.23918 | -.4952 | 81.55 | 32 |
| D'AMBROSIO PHILIP P | 69.70 | 76.00 | 75.00 | 100.00 | -1.57656 | -.3092 | .98589 | -.6751 | 79.75 | 33 |
| HAFLER MICHELLE M | 61.60 | 74.00 | 82.50 | 100.00 | -.62284 | -1.1566 | .98589 | -.6618 | 79.68 | 34 |
| HENDERSON RHODA K | 69.70 | 66.00 | 82.50 | 96.25 | -1.47175 | -.7058 | .98586 | -.7516 | 78.98 | 35 |
| STILLMAN KATHRYN J | 72.70 | 70.00 | 77.50 | 94.38 | -.30842 | -1.3105 | .25085 | -.7757 | 78.74 | 36 |
| | 69.70 | 74.00 | 75.00 | 96.25 | -.62284 | -1.2707 | .49536 | -.8114 | 78.39 | 37 |