# Exhibit 5

Exhibit

| Date | Entry | |
|---|---|---|
| 11/13/00 2020 | ATTN: PD/2 Roll call officer or Available channel. Could someone advise Officer Galbraith that his trainee's jacket (Pittman) has been returned to the Pro file cabinet? Thanks. — PSPU PO/3 | DMK / DMK |
| 11-17-00 | ATTN: PD/k-9 There is a new canine at Blue Plains Canine Training. Canine's name is "HUK" + he is kenneled in the 3rd MPD Isolation Kennel Feeding instructions are on the card in box. Sgt. R.B. Per Tech. Cullen | CHR |