# Exhibit 7

*Exhibit*

PHONE: 224-5151

# UNITED STATES CAPITOL POLICE
WASHINGTON, DC 20510-7218

May 8, 2000

**MEMORANDUM**

TO:     Inspector Joseph S. Parisi

FROM:   Sergeant Kenneth R. Weaver

SUBJECT: Conversation concerning F.O.G. (Friend of Gangsters)

    One morning about three months ago I was in the Gym working out when I was approached by Officer Dunphy of the Crime Scene Search section. He referred to me as an F.O.G.. I did not understand the meaning of this term. He called to Tech. Knoch who was on the tread mill next to me. Officer Dunphy then pointed to me and said F.O.G. They then explained that F.O.G meant "Friend of gangsters" During that conversation they talked about the need for me to decide which side I would take. This would be the Department vs. some of the officers and at least one official that was named.

    At some time during the conversation Officer McQuay of Communications section one walked into the gym. Tech. Knoch pointed him out as one of the officers I needed to join with. Tech. Knoch or Officer Dunphy stated that I needed to get with "Ray" as a part of their side. I took this to mean Sgt. Howell.

    During this conversation there was a reference to Officers being able to, in effect, get an Official by using a PD-163. Although nothing was said to specify how.

Kenneth R. Weaver
Sergeant
Patrol Division Section One

KRW:krw: